FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0307

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TERRY RAY BLANTON,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 20, 2022, within which to prepare, file, and serve his opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2022